# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | BK 24-30025 |
| **Robert Hurst Anderson, Jr.,** | Chapter 7 |
| Debtor. | |

| | |
|---|---|
| **Mary R. Jensen, Acting United States Trustee,** | |
| Plaintiff, | |
| v. | Adv. No. 24-03059 |
| **Robert Hurst Anderson, Jr.,** | |
| Defendant. | |

## UNSWORN CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that she is an employee of the United States Department of Justice and is a person of such age and discretion as to be competent to serve papers.

That on June 11, 2024, she served a copy of the United States Trustee's **SUMMONS AND COMPLAINT** in the above-referenced case by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

**Addressee(s):**

Robert Hurst Anderson, Jr.
6680 Saint Croix Trl S
Hastings, MN 55033-9125

Andrew C. Walker
Walker & Walker Law Offices PLLC
4356 Nicollet Ave S
Minneapolis, MN 55409

                                                                                  **s/ Audrey Williams**
                                                                                   Audrey Williams
                                                                                   United States Department of Justice