UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

| | |
|---|---|
| **Robert Hurst Anderson, Jr.,** | Chapter 7 |
| Debtor. | BK 24-30025 |

_____

| | |
|---|---|
| **Mary R. Jensen, Acting United States Trustee,** | |
| Plaintiff, | Adv. No. 24-03059 |
| v. | |
| **Robert Hurst Anderson, Jr.,** | |
| Defendant. | |

_____

**NOTICE OF HEARING AND MOTION FOR DEFAULT JUDGMENT**
_____

Mary R. Jensen, plaintiff, in her capacity as Acting United States Trustee for Region 12 ("UST"), by and through her undersigned attorney, Colin Kreuziger, gives notice of hearing and moves for a default judgment to be entered against Robert Hurst Anderson, Jr., defendant, on the following grounds:

1. A hearing will be held at 11:00 a.m. on Thursday, August 1, 2024, before the United States Bankruptcy Court, Courtroom 2C, Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, Saint Paul, MN 55101.

2. Any response to this motion must be filed and delivered not later than Thursday, July 25, 2024, which is seven days before the time set for the hearing.

UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

3. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334, and Fed. R. Bankr. P. 4004. This proceeding is a core proceeding.

4. Pursuant to Local Rule 7055-1, the plaintiff requests that the Court enter a default judgment against the defendant.

Dated: July 12, 2024

MARY R. JENSEN
ACTING UNITED
STATES TRUSTEE
REGION 12

s/ Colin Kreuziger
Colin Kreuziger
MN Atty No.0386834
Trial Attorney
United States Department of Justice
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 334-1350
Colin.Kreuziger@usdoj.gov

2