UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Chapter 7
Bankruptcy No. 24-30025
Adversary No. 24-03059

In Re:

Robert Hurst Anderson, Jr.,

Debtor,

Mary R. Jensen, Acting United States Trustee,

Plaintiff,

vs.

Robert Hurst Anderson, Jr.,

Defendants.

**NOTICE OF APPEARANCE**

The undersigned hereby enters his appearance on behalf of the Defendant Robert Hurst Anderson, Jr. for representation in this adversary proceeding and requests notice of filings.

Dated: July 19, 2024

/e/ Nathan M. Hansen
Nathan M. Hansen
*Attorney for Defendants Robert Hurst Anderson, Jr.*
P.O. Box 575
Willernie, MN 55090
651-704-9600
MN Attorney Reg. No. 0328017
Nathan@hansenlawoffice.com