UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
|  | Chapter 7 |
| Bankruptcy No. | 24-30025 |
| Adversary No. | 24-03059 |

In Re:

Robert Hurst Anderson, Jr.,

        Debtor,

Mary R. Jensen, Acting United States Trustee,

        Plaintiff,

Vs.

Robert Hurst Anderson, Jr.,

        Defendant.

**ANSWER OF DEFENDANT**

For his answer to the Plaintiff's Complaint, Defendant Robert Hurst Anderson, by and through his undersigned counsel, states and alleges as follows:

1. Defendant admits paragraphs 1 through 5, 7 through 16, 18-19 & 48 of Plaintiff's Complaint.

2. Defendant denies paragraphs 45, 46, 49, 50, 52, 53, 54, 56, 57 & 58 of Plaintiff's Complaint.

3. With regard to the allegations in paragraphs 17, 20 through 39 the Defendant states that any citations to code or statute, testimony, documents and the like speak for themselves and denies any legal conclusions asserted or inferred in this paragraphs.

4. No response appears to be necessary to the allegations contained in paragraphs 43, 47, 51 & 55 of Plaintiff's Complaint but to the extent a response may be necessary, these paragraphs are denied.

5. As to the allegations in paragraph 40 & 41 Complaint, the Defendant states that he provided information and documents to Walker and Walker but this documentation was not turned over to the US Trustee and was not used to appropriately amend his bankruptcy schedules.

6. The Defendant consents to the entry of final orders by the Bankruptcy Court in this matter.

## AFFIRMATIVE DEFENSES

1. The Defendant turned over documentation to Walker and Walker, his attorneys, in response to inquiries and for preparation of schedules and amendments, and these were not turned over to the US Trustee and used to appropriately amend his schedules.

WHEREFORE, the undersigned respectfully requests:

1. Dismissal of the Complaint in its entirety;
2. Other relief as the Court deems just and proper.

Dated:  July 15, 2024             /e/ Nathan M. Hansen
                                  Nathan M. Hansen
                                  *Attorney for Defendant Robert Hurst Anderson, Jr.*
                                  P.O. Box 575
                                  Willernie, MN 55090
                                  651-704-9600
                                  MN Attorney Reg. No. 0328017
                                  Nathan@hansenlawoffice.com

2