UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| Bankruptcy No. | Chapter 7<br>24-30025 |
| Adversary No. | 24-03059 |

In Re:

Robert Hurst Anderson, Jr.,

           Debtor,

Mary R. Jensen, Acting United States Trustee,

           Plaintiff,

vs.

Robert Hurst Anderson, Jr.,

           Defendants.

**RESPONSE TO MOTION FOR DEFAULT JUDGMENT**

The Debtor, by and through his undersigned counsel, requests that the Plaintiff's motion for Default judgment be denied because he has retained counsel and answered the Complaint. He has defenses to the claims on the merits as described in his answer to the Plaintiff's Complaint.

Respectfully submitted,

Dated: July 19, 2024

/e/ Nathan M. Hansen
Nathan M. Hansen
*Attorney for Defendants Robert Hurst Anderson, Jr.*
P.O. Box 575
Willernie, MN 55090
651-704-9600
MN Attorney Reg. No. 0328017
Nathan@hansenlawoffice.com